FILED 2010 OCT -4 PM 2:44 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
|  | Beginning Balance |  |  |  |  |  |  | $2,662.65 |
|  | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $665.66 | $0.00 | $665.66 | $665.66 | $1,996.99 |
|  | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $1,996.99 |
|  | Subtotals For Class Administrative 100.00% |  |  | $665.66 | $0.00 | $665.66 | $665.66 |  |
| 1 | Discover Bank<br>6500 New Albany Rd.<br>New Albany, OH 43054 | Unsecured | 300 | $18,301.79 | $0.00 | $18,301.79 | $228.44 | $1,768.55 |
| 2 | Discover Bank<br>6500 New Albany Rd.<br>New Albany, OH 43054 | Unsecured | 300 | $13,429.65 | $0.00 | $13,429.65 | $167.62 | $1,600.93 |
| 3 | Sherritt & Associates<br>C/o Sidney N. Freeman<br>2475 Massillon Rd.<br>Akron, OH 44312 | Unsecured | 300 | $3,806.66 | $0.00 | $3,806.66 | $47.51 | $1,553.42 |
| 4 | Real Time Resolutions, Inc.<br>1750 Regal Row Suite 120<br>PO Box 36655<br>Dallas Texas 75235 | Unsecured | 300 | $40,772.27 | $0.00 | $40,772.27 | $508.90 | $1,044.52 |
| 5 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | 300 | $2,853.35 | $0.00 | $2,853.35 | $35.61 | $1,008.91 |
| 7 | National City Bank<br>c/o Debra Coleman<br>Locator Number 01-7521<br>23000 Mill Creek Blvd.<br>Highland Hills, Ohio 44122-5720 | Unsecured | 300 | $3,633.75 | $0.00 | $3,633.75 | $45.36 | $963.55 |
| 8 | National City Bank<br>c/o Debra Coleman<br>Locator Number 01-7521<br>23000 Mill Creek Blvd.<br>Highland Hills, Ohio 44122-5720 | Unsecured | 300 | $4,687.00 | $0.00 | $4,687.00 | $58.50 | $905.05 |
| 13 | Republic Waste<br>2800 South Erie Street<br>Massillon, OH 44646 | Unsecured | 300 | $163.97 | $0.00 | $163.97 | $2.05 | $903.00 |
| 14 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541 | Unsecured | 300 | $11,578.47 | $0.00 | $11,578.47 | $144.52 | $758.48 |
| 15 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | 300 | $42,831.77 | $0.00 | $42,831.77 | $534.61 | $223.87 |
| 17 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of WASHINGTON MUTUAL BANK<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | 300 | $2,586.43 | $0.00 | $2,586.43 | $32.28 | $191.59 |

*[handwritten annotation: CR # 1019 receipt # 81817]*

Date printed 10/1/2010 11:13 AM